GREAT AMERICAN INDEMNITY COMPANY, Appellant, *v.* NORTH SHORE BUS COMPANY, INC., Respondent.

Argued June 10, 1941; decided July 29, 1941.

*Harold H. Levin, Emanuel Thebner* and *Lester L. Weil* for appellant.

*Jacob I. Goodstein, Isidore Zamore* and *Benjamin W. Mehlman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Taking no part: DESMOND, J.